UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| DAVID GERARD JEEP, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:16-CV-810 CDP |
| GOVERNMENT OF THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Plaintiff seeks leave to proceed in forma pauperis in this civil action under 42 U.S.C. § 1983 and RICO, 18 U.S.C. § 1961-68. The motion is denied as a result of plaintiff's repeated abuse of the judicial process.

Plaintiff's complaint arises from his 2003 divorce, in which he says his ex-wife obtained full custody of their son. Plaintiff claims that the "Black Robed Royalists," along with other government officials, have engaged in illegal racketeering in repeatedly denying his legal claims seeking relief from the judgment.

Plaintiff has brought the same or similar suits in this Court several times. *E.g., Jeep v. United States*, No. 4:15-CV-1533 HEA; *Jeep v. United States*, 4:13-CV-2490 RWS (listing cases). In each case, the tone and nature of his allegations are hostile and are intended to harass the named defendants rather than assert a cognizable right.

The Court "is vested with discretion to impose sanctions upon a party under its inherent disciplinary power." *Bass v. General Motors Corp.,* 150 F.3d 842, 851 (8th Cir. 1998) (citations omitted). "[J]udicial resources are limited in the short run and need to be protected from wasteful consumption. Frivolous, bad faith claims consume a significant amount of judicial

resources, diverting the time and energy of the judiciary away from processing good faith claims." *In re Tyler*, 839 F.2d 1290, 1292 (8th Cir. 1988) (citations omitted). "The Court may, in its discretion, place reasonable restrictions on any litigant who files non-meritorious actions for obviously malicious purposes and who generally abuses judicial process. These restrictions may be directed to provide limitations or conditions on the filing of future suits." *Id.* at 1293 (citations omitted).

In this case, the Court finds that the appropriate sanction is to deny plaintiff's motion for leave to proceed in forma pauperis. Plaintiff must pay the $400 filing fee within fourteen days or the Court will dismiss this action without further proceedings.

Furthermore, if plaintiff continues to abuse the judicial process by filing frivolous and malicious cases, the Court will prohibit him from filing any further cases without first obtaining leave of Court.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [ECF No. 2] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff must pay the $400 filing fee within fourteen (14) days from the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff does not comply with this Order, the Court will dismiss this action.

Dated this 9th day of June, 2016.

/s/ Catherine D. Perry
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE